UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN M. MORAN
    Petitioner

V.                                                      CIVIL ACTION NO. 05-11091-RCL

UNITED STATES OF AMERICA
    Respondent

## ORDER

LINDSAY, D.J.

    Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a person in Federal Custody upon the office of the United States Attorney.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

    /s/ Reginald C. Lindsay
    UNITED STATES DISTRICT JUDGE

June 1, 2005