UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN MORAN,                    )
       Plaintiff,          )    CIVIL NO. 05-CIV-11091-RCL
                               )
v.                             )
                               )
UNITED STATES OF AMERICA,      )
       Defendant           )

## GOVERNMENT'S ENTRY OF APPEARANCE

The Court and counsel will note the appearance of the undersigned Special Assistant United States Attorney as counsel of record for the United States in this case. All orders, notices, correspondence, telephone calls, facsimiles, and e-mails should be addressed to the attorney as listed below.

                  Respectfully submitted,

                  MICHAEL SULLIVAN
                  UNITED STATES ATTORNEY

By: *[signature]*
CHRISTOPHER L. VARNER
Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9684-Direct
313-226-3413-Fax
Bar ID: 413642 (D.C.)
E-mail:Christopher.Varner@usdoj.gov

Date: June 13, 2005

## CERTIFICATE OF SERVICE

    I, Christopher L. Varner, certify that on June 13, 2005, I served a copy of the foregoing document upon the persons listed below by first-class mail:

Kimberly Homan
The Statler Building
20 Park Plaza, Suite 905
Boston, MA 02116
617-227-8616-Tel.
617-338-9538-Fax

Martin Weinberg
The Statler Building
20 Park Plaza, Suite 905
Boston, MA 02116
617-227-3700-Tel.

*/s/ Christopher L. Varner*
CHRISTOPHER L. VARNER
Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9684-Direct
313-226-3413-Fax
Bar ID: 413642 (D.C.)
E-mail: Christopher.Varner@usdoj.gov