UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN MORAN,                         CIVIL NO. 05-11091-RCL
NORA MORAN,                      CIVIL NO. 05-11092-RCL

       Plaintiff,

       v.

UNITED STATES OF AMERICA,

       Defendant.
_____/

**GOVERNMENT'S MOTION
FOR EXTENSION OF TIME TO FILE RESPONSES**

The government seeks an extension of time until July 13, 2005, to file its responses in these case. This is an extension of two days. The government's undersigned counsel (Mr., Varner) was absent from his office on previously scheduled matters, and unable to work on this project, for part of Thursday, July 7, 2005, all of Friday, July 8, 2005, and during the weekend of July 9 and 10, 2005. These absences have delayed the government's response. The government does not anticipate any objection to this motion from counsel for John Moran and Nora Moran, and the extension will not delay the resolution of the cases.

        Respectfully submitted,

        MICHAEL SULLIVAN
        UNITED STATES ATTORNEY

        s/Christopher L. Varner
        Special Assistant U.S. Attorney
        U.S. Attorney's Office
        211 West Fort Street, Suite 2001
        Detroit, Michigan 48226
        313-226-9684-Direct
        313-226-3413-Fax
        Bar ID: 413642 (D.C.)
        E-mail:    Christopher.Varner@usdoj.gov

Date: July 11, 2005

## CERTIFICATE OF SERVICE

     I, Christopher L. Varner, certify that on July 11, 2005, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following persons:

Kimberly Homan
The Statler Building
20 Park Plaza, Suite 905
Boston, MA 02116
617-227-8616-Tel.
617-338-9538-Fax

Martin Weinberg
The Statler Building
20 Park Plaza, Suite 905
Boston, MA 02116
617-227-3700-Tel.
617-338-9538-Fax

_____

s/Christopher L. Varner
Special Assistant U.S. Attorney
U.S. Attorney's Office
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9684-Direct
313-226-3413-Fax
Bar ID: 413642 (D.C.)
E-mail:     Christopher.Varner@usdoj.gov