UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MORAN, | CIVIL NO. 05-11091-RCL |
| NORA MORAN, | CIVIL NO. 05-11092-RCL |

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.
_____/

## GOVERNMENT'S CORRECTED CITATIONS FOR ITS RECENT RESPONSE TO PLAINTIFFS' MOTIONS

The government wishes to correct the following case citations which appear in the "Government's Response to Plaintiffs' Motion to Vacate, Set Aside or Correct Sentences Pursuant to Title 28, United States Code, Section 2255," filed July 13. 2005. The correct citations are as follows:

| **Page** | **Citation** |
|---|---|
| 18 | <u>Atkins v. Singletary</u>, 965 F.2d 952, 960 (11th Cir. 1992); |
| 22 | <u>United States v. Ortiz Oliveras</u>, 717 F2d 1, 3 (1st Cir. 1983); |
| 31 | <u>United States v. Stitzer</u>, 785 F.2d 1506, 1515 (11th Cir. 1986). |

       Respectfully submitted,

       MICHAEL SULLIVAN
       UNITED STATES ATTORNEY

       s/Christopher L. Varner
       Special Assistant U.S. Attorney
       U.S. Attorney's Office
       211 West Fort Street, Suite 2001
       Detroit, Michigan 48226
       313-226-9684-Direct
       313-226-3413-Fax
       Bar ID: 413642 (D.C.)
       E-mail: Christopher.Varner@usdoj.gov

Date: July 15, 2005

## CERTIFICATE OF SERVICE

     I, Christopher L. Varner, certify that on July 15, 2005, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following persons:

Kimberly Homan  
The Statler Building  
20 Park Plaza, Suite 905  
Boston, MA 02116  
617-227-8616-Tel.  
617-338-9538-Fax  

Martin Weinberg  
The Statler Building  
20 Park Plaza, Suite 905  
Boston, MA 02116  
617-227-3700-Tel.  
617-338-9538-Fax  

_____  
s/Christopher L. Varner  
Special Assistant U.S. Attorney  
U.S. Attorney's Office  
211 West Fort Street, Suite 2001  
Detroit, Michigan 48226  
313-226-9684-Direct  
313-226-3413-Fax  
Bar ID: 413642 (D.C.)  
E-mail:     Christopher.Varner@usdoj.gov