UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__John Moran__
            **Petitioner**                              CIVIL ACTION

            V.                                          NO. __05cv11091    RCL__

__United States of America__
            **Respondent**

## ORDER RETURNING PLEADINGS

__Lindsay    D.J.__

On __07/21/2005__ the Clerk received your __Reply of John Moran to Government's response to Plaintiff's Motion to Vacate, Set Aside or Correct Sentence__ for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( )   The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( )   The papers or documents do not conform to Local Rule 5.1(a) because:
   ( )   Board of Bar Overseers Registration Number has not been provided.
   ( )   8 1/2" x 11" paper has not been used.
   ( )   A backer is attached.
   ( )   The documents are not properly bound.
   ( )   The text is not double-spaced.
   ( )   The discovery request or response text is not single-spaced.

( )   Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( )   Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( )   The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(X)   Other (1) __Failure to seek leave of court to file the reply__ (2) __A reply of more than 10 double-spaced pages will not likely be granted.__

__08/02/2005__                             __/s/    Reginald C. Lindsay__
DATE                                       UNITED STATES DISTRICT JUDGE

(Retndocs.ord - 09/92)                                              [o.]